■ In the Matter of C. CHILDREN. COMMISSIONER OF SOCIAL SERVICES, Respondent; LYDIA C., Appellant. [675 NYS2d 287] —In a proceeding pursuant to Family Court Act article 10, the mother appeals from an order of the Family Court, Kings County (Hepner, J.), dated June 27, 1996, which, following a hearing, extended the placement of the subject children with the Commissioner of Social Services for a period of one year, effective June 30, 1996.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The mother does not challenge the original determination of neglect. Her appeal is directed only at the now-expired June 1996 determination extending placement. The mother's appeal is academic as the period of placement has expired (*see, Matter of Latonia J.*, 249 AD2d 546; *Matter of Carlos S.*, 243 AD2d 569; *Matter of Jamie EE.*, 232 AD2d 761; *Matter of Ricardo R.*, 220 AD2d 431; *Matter of Greg W.*, 213 AD2d 414; *Matter of Antoine V. B.*, 204 AD2d 559, 560). Rosenblatt, J. P., O'Brien, Krausman and Goldstein, JJ., concur.